**GRIMM VRANJES & GREER LLP**
MARK VRANJES, Esq. (SBN 106447)
STEPHEN P. CONCHING, Esq. (SBN 279864)
550 West C Street, Suite 1100
San Diego, CA 92101-3532
Tel: (619) 231-8802 Fax: (619) 233-6039

Attorneys for Defendants
CAMP PENDLETON & QUANTICO HOUSING, LLC; LINCOLN MILITARY HOUSING, LLC.; and UNITED STATES OF AMERICA

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAYNE MCCARTY, a minor, by and through his Guardian ad Litem, AMANDA MCCARTY<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, CAMP PENDLETON & QUANTICO HOUSING LLC, LINCOLN MILITARY HOUSING CO., RHEEM MANUFACTURING CO., UNITROL ELECTRONICS INC., DOES 1 to 100, inclusive,<br><br>Defendants. | Case No.: 13cv1602 BAS(JLB)<br><br>**JOINT MOTION TO DISMISS DEFENDANT THE UNITED STATES**<br><br>Judge: Hon. Cynthia A. Bashant<br>Suite 4145 – Courtroom 4B<br>(4th Floor of the Schwartz Courthouse)<br>Complaint Filed: July 10, 2013<br>Trial Date: 11/24/2015 |

**COME NOW THE PARTIES,** Plaintiff Kayne McCarty, by and through his Guardian ad Litem, Amanda McCarty, and Defendant the United States of America, by and through its counsel, Grimm Vranjes & Greer, hereby jointly move the Court to dismiss Defendant the United States from this case with prejudice.

Good cause exists for this motion as the parties have resolved the issues identified in Plaintiff's Complaint as to the United States, and agree that the United States should be dismissed with prejudice. The parties have further

agreed that Plaintiff and the United States should each bear their own attorneys' fees and costs of suit.

Based upon the foregoing, it is respectfully requested that the Court enter an order dismissing Defendant the United States from this action with prejudice.

Dated: March 31, 2015			**PANISH SHEA & BOYLE, LLP**


By: s/ Patrick Gunning

PATRICK GUNNING
Attorneys for Plaintiffs

Dated: March 31, 2015			**GRIMM VRANJES & GREER, LLP**


By: s/ Mark Vranjes

MARK VRANJES
Attorneys for the United States

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures of the United States District Court for the Southern District of California, I certify that the content of this document is acceptable to counsel for the Plaintiffs and that I have obtained authorization for all of the foregoing signatories to affix their electronic signature to this document.

Dated: March 31, 2015			GRIMM VRANJES & GREER, LLP


By: s/ Mark Vranjes
MARK VRANJES
Attorneys for the United States

2
Joint Motion to Dismiss Defendant the United States 13-cv-1602- BAS-JLB