# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| KAYNE MCCARTY, a minor, by and through his Guardian *ad litem*, AMANDA MCCARTY,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>Defendants. | Case No. 13-cv-1602 BAS (JLB)<br><br>**ORDER GRANTING PARTIES' JOINT MOTION TO DISMISS DEFENDANT UNITED STATES OF AMERICA**<br><br>[ECF 62] |
|---|---|

On April 8, 2015, the parties jointly moved to dismiss Defendant United States of America from this action. The Court finds good cause to **GRANT** the motion. Accordingly, the Court **DISMISSES** Defendant United States of America **WITH PREJUDICE**. Each party is to bear their own fees and costs.

**IT IS SO ORDERED.**

Dated: April 20, 2015

Hon. Cynthia Bashant
United States District Judge

– 1 – 13-cv-1602 BAS (JLB)