# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAYNE McCARTY, a minor, by and through his Guardian ad Litem, Amanda McCarty,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, CAMP PENDLETON & QUANTICO HOUSING LLC, LINCOLN MILITARY HOUSING CO., RHEEM MANUFACTURING CO, UNITROL ELECTRONICS, INC., DOES 1 to 100, inclusive,<br><br>Defendants. | Case No. 13-CV-1602 LAB(JLB)<br><br>**ORDER GRANTING MOTION FOR COMPROMISE OF DISPUTED CLAIMS BY MINOR PLAINTIFF KAYNE MCCARTY** |

Petitioner Amanda McCarty, on behalf of minor Plaintiff Kayne McCarty, filed a Motion for COMPROMISE OF DISPUTED CLAIMS BY MINOR

///
///
///
///
///
///

PLAINTIFF KAYNE MCCARTY (Docket no. 122). After full consideration of the matter, this Court finds as follows:

1. The petition is **GRANTED** and the proposed compromise of claim or action is **APPROVED**. The gross amount or value of the settlement or judgment in favor of claimants is $1,215,000.00, payable by each Defendant as follows:

- $950,000.00 from Defendant Camp Pendleton & Quantico Housing, LLC
- $250,000.00 from Defendant Rheem Manufacturing Co.
- $15,000.00 from Defendant Robertshaw Controls Co.

2. The payors shall disburse the proceeds of the settlement approved by this order in the following manner:

   a. Payment of attorney's fees in the amount of $303,750.00 payable to Panish Shea & Boyle LLP.

   b. Reimbursement of costs incurred by Plaintiff in the amount of $251,098.03 payable to Panish Shea & Boyle LLP.

   c. Authorized disbursements of $660,151.97 payable directly to a structured settlement provider in the time and manner set forth in the Court Attachment for claimant Kayne McCarty attached hereto as **Exhibit 1**.

**IT IS SO ORDERED**

Dated: 3.15.16

Hon. Larry Alan Burns
Judge, United State District Court

**EXHIBIT 1**



# MILLENNIUM
### SETTLEMENT CONSULTING

**STRUCTURE SETTLEMENT ANNUITY ILLUSTRATION**
**FOR**
**KAYNE MCCARTY**
Date of Birth: February 13, 2009

This quote is based on rates from
Prudential Insurance Company of America
Rated A+ xv by A.M. Best Co.

# COURT ATTACHMENT

**Selected Proposal**

| | Cost | Guaranteed Benefits | Projected Benefits |
|---|---|---|---|
| $20,000 semiannually, guaranteed 5 years, beginning at age 18 (on February 13, 2027). The last payment will be made on August 13, 2031. | | $200,000.00 | $200,000.00 |
| $750 per month, guaranteed 5 years, beginning at age 18 (on February 13, 2027). The last payment will be made on January 13, 2032. | | $45,000.00 | $45,000.00 |
| $3,848.75 per month for the life of Kayne McCarty, guaranteed 40 years, beginning at age 23 (on February 13, 2032). The last guaranteed payment will be made on January 13, 2072. Payments cease at the later of (1) the death of Kayne McCarty, or (2) the completion of 40 years. | | $1,847,400.00 | $2,540,175.00 |
| **TOTAL** | **$660,151.97** | **$2,092,400.00** | **$2,785,175.00** |

**Note:**
- A structured settlement annuity is income tax-free for personal injury victims under IRC 104 (a)
- Illustrated benefits are fixed (guaranteed) and will not vary once locked-in
- A structure settlement annuity is protected against Judgments & Creditor Claims
- IRR 3.85%

It is understood that the Defendant and/or Insurer shall make qualified assignment under Section 130 of the Internal Revenue Code to Prudential Assigned Settlement Services Corporation to fund the obligation to make payments through the purchase of an Annuity from Prudential Insurance Company of America, who shall make the future periodic payments.

**This quote is LOCKED IN.**
**If premium is not received by assumed purchase date the above benefits will change.**
This quote is not valid if the date of birth or gender is incorrect.
*Life Expectancy information obtained from Lawyers & Judges Publishing Co. 2009.

Prepared By: Louis Masry, Millennium Settlements
Case Manager: Rosa Florentino
3500 Financial Plaza, Tallahassee, FL 32312
(800) 573-8853; Fax (850) 894-1110